**Michael COFIELD, Plaintiff— Appellant,**

v.

**Roy BOWSER; Sergeant Stokes, Defendants—Appellees.**

No. 08–6121.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 10, 2008.

Decided: Sept. 18, 2008.

Michael Cofield, Appellant Pro Se. Samuel Lawrence Dumville, Norris, St. Clair & Lotkin, Virginia Beach, Virginia, for Appellees.

Before WILKINSON, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Cofield appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) action for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Cofield v. Bowser*, No. 2:06–cv–00533–WDK–TEM (E.D. Va. filed Dec. 3, 2007 & entered Dec. 4, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*